**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Delaware
                                 (State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

    Boxed, LLC

2. **All other names debtor used in the last 8 years**

    Include any assumed names, trade names, and *doing business as* names

    Blossom Merger Sub II, LLC

3. **Debtor's federal Employer Identification Number (EIN)**

    87 – 2528041

4. **Debtor's address**

    **Principal place of business**

    61 Broadway
    Number    Street

    30th Floor

    New York        NY    10006
    City            State  ZIP Code

    New York
    County

    **Mailing address, if different from principal place of business**

    _____
    Number    Street

    _____
    P.O. Box

    _____
    City         State    ZIP Code

    **Location of principal assets, if different from principal place of business**

    See Annex 1
    Number    Street

    _____

    _____
    City         State    ZIP Code

5. **Debtor's website (URL)**

    https://www.boxed.com/

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

Debtor  **Boxed, LLC**                                               Case number *(if known)*_____
                Name

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
| 7. | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>_4_ _5_ _4_ _1_ |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply*:<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |

Debtor __Boxed, LLC_____      Case number *(if known)*_____
      Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.  District _____  When _____ Case number _____
                                                       MM / DD / YYYY

             District _____  When _____ Case number _____
                                                        MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ☒ Yes.  Debtor __See Annex 2_____  Relationship _____
           District __Delaware_____  When _____
                                                          MM / DD / YYYY
           Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                  Number      Street

        _____
        _____  _____ _____
        City                                                      State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
              Contact name _____
              Phone _____

---

### Statistical and administrative information

Debtor  Boxed, LLC_____    Case number (*if known*)_____
               Name

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ☐ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☑ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☑ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☑ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/02/2023
                     MM  / DD / YYYY

x _____[signature]_____                              Chieh Huang_____
Signature of authorized representative of debtor      Printed name

Title  President_____

Debtor  Boxed, LLC
Name

Case number (if known)

18. **Signature of attorney**

✘ /s/ M. Blake Cleary
Signature of attorney for debtor

Date  04/02/2023
MM  / DD  / YYYY

M. Blake Cleary
Printed name

Potter Anderson & Corroon LLP
Firm name

1313       N. Market Street, 6th Floor
Number       Street

Wilmington                                          DE          19801
City                                                State        ZIP Code

(302) 984-6000                                      bcleary@potteranderson.com
Contact phone                                       Email address

3614                                                DE
Bar number                                          State

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page **5**

**Annex 1**

**Location of Principal Assets for Debtor Boxed, LLC**

2970 N. Lamb Blvd.
Suite 105
Las Vegas, NV 89115

501 Gerault Road
Suite 130
Flower Mound, TX 75028

750 Union Ave
Suite A
Union, NJ 07083

**Annex 2**

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities below (collectively, the "Debtors") filed a Petition in the United States Bankruptcy Court for the District of Delaware for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Boxed, Inc.

- Boxed, Inc.
- Boxed, LLC
- Ashbrook Commerce Solutions LLC
- Jubilant LLC
- BOXED MAX LLC

*Execution Version*

## ACTION BY WRITTEN CONSENT OF
## THE SOLE MEMBER OF
## BOXED, LLC

The undersigned, being the sole member ("**Sole Member**") of Boxed, LLC, a Delaware limited liability company (the "**Company**"), acting by written consent without a meeting pursuant to Section 18-302(d) of the Delaware Limited Liability Company Act, does hereby consent to the adoption of the following resolutions to be effective as of the date of the last signature below and directs that this consent be filed with the minutes of the proceedings of the Sole Member:

### CHAPTER 11 FILING

**WHEREAS,** the Sole Member has reviewed and considered the financial and operational condition of the Company and the group of companies of which the Company is a part (the "**Group**"), including the historical performance of the Company and the Group, the assets of the Company and the Group, the current and long-term liabilities of the Company and the Group, and the online retail and technology industries and credit market conditions, and has considered various alternatives in respect of these matters;

**WHEREAS,** the Sole Member has received, reviewed, and considered the recommendations of the Restructuring Committee of the Board (the "**Restructuring Committee**"), and the recommendations of and the materials presented by the senior management of the Company and the Company's legal, financial, and other advisors as to the financial condition of the Company and the Group, and the relative risks and benefits of pursuing a case under Chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"); and

**WHEREAS**, Boxed, Inc. has been negotiating with its lenders related to Boxed, Inc.'s outstanding debt, including that certain Forbearance Agreement, dated as of March 1, 2023 and that certain Credit Agreement, dated as of August 4, 2021, as amended by the First Amendment to the Credit Agreement, dated as of January 20, 2023.

**NOW, THEREFORE, BE IT RESOLVED**, that upon the review of the recommendation of the Restructuring Committee, in the judgment of the Sole Member, it is desirable and in the best interests of the Company, its creditors as a whole, and other parties in interest, that the Company file a voluntary petition for relief (the "**Petition**") and commence a case (the "**Chapter 11 Case**") under the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), including any first day motions, applications or documentation seeking such relief on an expedited basis related to and to be filed in connection with the Chapter 11 Case;

**RESOLVED FURTHER**, that Chieh Huang, the Chief Executive Officer of Boxed, Inc., and Jung Choi, the General Counsel and Secretary of Boxed, Inc., and Mark Zimowski, the Chief Financial Officer of Boxed, Inc., (each an "**Authorized Signatory**") be, and each of them individually hereby is, on behalf of and in the name of the Company authorized, directed and empowered (i) to execute, verify and deliver the Petition commencing the Chapter 11 Case as well as all other ancillary documents to be filed or otherwise executed in connection with the Petition, and to cause the Company's counsel, Freshfields Bruckhaus Deringer US LLP and Potter Anderson & Corroon LLP, to file the Petition with the Bankruptcy Court, and to make or cause to be made prior to the execution thereof any modifications to the Petition or such ancillary documents; and (ii) to execute, verify, and file or cause to be filed all of the petitions, schedules, lists, motions, applications, and other papers or documents necessary or desirable in connection with the foregoing; and

**RESOLVED FURTHER**, that each Authorized Signatory, acting alone or with one or more other Authorized Signatories, be, and hereby is, on behalf of and in the name of the Company, authorized to execute, acknowledge, deliver, and verify any and all motions, applications, papers, and documents (i) to administer the Company's Chapter 11 Case in such form or forms as such Authorized Signatory may deem necessary or desirable and to effectuate these resolutions; and (ii) to engage any professionals, including attorneys, accountants, financial advisors, investment bankers, actuaries, consultants, brokers, or experts as such Authorized Signatory deems necessary or desirable to accomplish the purposes of the resolutions.

<u>R<small>ETENTION OF</small> P<small>ROFESSIONALS</small></u>

**NOW, THEREFORE, BE IT RESOLVED**, that each Authorized Signatory, acting alone or with one or more other Authorized Signatories, be, and hereby is, on behalf of and in the name of the Company, authorized and directed to employ any one or more individuals and firms, as counsel, professionals, consultants, or financial advisors to the Company, including without limitation, Freshfields Bruckhaus Deringer US LLP, Solomon Partners, L.P., FTI Consulting, Inc., Potter Anderson & Corroon LLP, and a claims and noticing agent, as are deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and in connection therewith, each Authorized Signatory is hereby authorized and directed to pay appropriate retainers prior to the filing of the Petition and to cause to be filed appropriate applications for authority to retain the services of such firms , and that all such actions, filings and payments taken or made at any time in connection with the employment of such individuals and firms, contemplated by the foregoing resolutions are hereby approved, adopted, ratified and confirmed in all respects as the acts and deeds of the Company as if specifically set out in these resolutions.

<u>O<small>MNIBUS</small> R<small>ESOLUTIONS</small></u>

**NOW, THEREFORE, BE IT RESOLVED**, that each Authorized Signatory, acting alone or with one or more other Authorized Signatories, be, and hereby is, on behalf of and in the name of the Company, authorized, directed, and empowered from time to time in the name and on behalf of the Company to (a) take such further actions and execute and deliver such certificates, instruments, guaranties, notices, and documents as may be required or as such officer may deem necessary, advisable, or proper to carry out the intent and purpose of the foregoing resolutions, including the execution and delivery of any security agreements, pledges, financing statements, and similar items, (b) perform the obligations of the Company under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices, and documents to be executed and delivered in such form, as the officer performing or executing the same shall approve, and the performance or execution thereof by such officer shall be conclusive evidence of the approval thereof by such officer and by the Company, (c) pay fees and expenses in connection with the transactions contemplated by these resolutions, and (d) request the Bankruptcy Court to approve any of the foregoing to the extent required in the Chapter 11 Case and for any related relief;

**RESOLVED FURTHER**, that all actions heretofore done by any officer of the Company, or by any employees or agents of the Company acting at the direction of any officer of the Company, on behalf of the Company, on or prior to the date hereof in connection with the transactions contemplated or implied by the foregoing resolutions be, and they hereby are, ratified, approved, and confirmed and adopted as the acts and deeds of the Company in all respects; and

**RESOLVED FURTHER**, that each Authorized Signatory, acting alone or with one or more other Authorized Signatories, be, and hereby is, on behalf of and in the name of the Company, authorized to certify and deliver, to any person to whom such certification and delivery may be deemed necessary

and appropriate in the opinion of such Authorized Signatory, a true copy of the foregoing resolutions.

(*Signature Page Follows*)

IN WITNESS WHEREOF, the undersigned Sole Member has duly executed this Action by Written Consent, to be effective as of the date the last signature is received by the Company.

Boxed, Inc.

By: _____            4/2/2023
Name: Chieh Huang                                              Date
Title: Chief Executive Officer

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Boxed, Inc., *et al.*,[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 23-[＿＿＿] ([＿＿])<br><br>(Joint Administration Requested) |

**COMBINED CORPORATE OWNERSHIP STATEMENT
AND LIST OF EQUITY SECURITY HOLDERS PURSUANT TO
FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), and 7007.1**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, Boxed, Inc. and certain of its affiliates, who are or may be debtors and debtors in possession in the above-captioned cases (each a "Debtor" and collectively, the "Debtors"), hereby state as follows:

　　　　1.　　　A list of Debtor Boxed, Inc.'s equity interest holders owning more than 5%, their addresses, and the nature of their equity interests is attached hereto as **Exhibit 1**.[2] No publicly traded corporation owns more than 10% of Boxed, Inc.'s equity interests.

　　　　2.　　　Debtor Boxed, LLC is 100% owned by Debtor Boxed, Inc. No non-Debtor publicly traded corporation owns more than 10% of Boxed, LLC.

　　　　3.　　　Debtor Jubilant LLC is 100% owned by Debtor Boxed, LLC. No publicly traded corporation owns more than 10% of Jubilant LLC.

　　　　4.　　　Debtor Ashbrook Commerce Solutions LLC is 100% owned by Debtor Boxed,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Boxed, Inc. (6188), Boxed, LLC (8041); Jubilant LLC (2107); Ashbrook Commerce Solutions LLC (4046) and BOXED MAX LLC (5987). The Debtors' service address is 61 Broadway, Floor 30, New York, NY 10006.

[2] The Debtors reserve the right to supplement or amend this within fourteen days of the date hereof pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure.

LLC.  No publicly traded corporation owns more than 10% of Ashbrook Commerce Solutions LLC.

     5.     Debtor BOXED MAX LLC is 100% owned by Debtor Boxed, LLC.  No publicly traded corporation owns more than 10% of BOXED MAX LLC.

# **Exhibit 1**

| **Name & Address** | **Number of Shares of Common Stock** |
|---|---|
| Hamilton Lane Incorporated<br>110 Washington St. Suite 1300, Conshohocken, PA 19438 | 3,736,804.75<br>(5.427%) |
| The Vanguard Group, Inc.<br>100 Vanguard Boulevard, Malvern, PA 19355 | 3,524,728.86<br>(5.119%) |

| Fill in this information to Identify the case: | |
|---|---|
| Debtor Name: Boxed, Inc., *et al.* | |
| United States Bankruptcy Court for the: District of Delaware | ☐ Check if this is an amended filing |
| Case Number (If known): | |

# Official Form 204

### Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders          12/15

A consolidated list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | BRACEBRIDGE CAPITAL  888 BOYLSTON STREET, SUITE 1500  BOSTON, MA 02199 | CONTACT: SILVESTRE FONTES  PHONE: 617-349-2000  SILVESTRE.FONTES@BRACEBRIDGECAPITAL.COM | DEBT CLAIM | | | | $32,398,008.56 |
| 2 | BRIGADE CAPITAL MANAGEMENT, LP  399 PARK AVENUE, 16TH FLOOR  NEW YORK, NY 10022 | CONTACT: AARON DANIELS  PHONE: 212-745-9700  INFO@BRIGADECAPITAL.COM | DEBT CLAIM | | | | $21,899,009.82 |
| 3 | AVANDA INVESTMENT MANAGEMENT PTE. LTD.  23 CHURCH STREET 09-06  CAPITAL SQUARE, 049481  SINGAPORE | CONTACT: NG KOK SONG  PHONE: 65-680-58888 | DEBT CLAIM | | | | $10,949,504.91 |
| 4 | WHITEBOX ADVISORS LLC  3033 EXCELSIOR BLVD., SUITE 500  MINNEAPOLIS, MN 55416 | CONTACT: COUNSEL  PHONE: 612-253-6001  INVRELATIONS@WHITEBOXADVISORS.COM | DEBT CLAIM | | | | $10,949,504.91 |
| 5 | SONA CREDIT MASTER FUND LIMITED  C/O MAPLES CORPORATE SERVICE  UGLAND HOUSE, KY1 1104  CAYMAN ISLANDS | CONTACT: COUNSEL  OPERATIONS@SONAAM.COM; SLAL@SONAAM.COM | DEBT CLAIM | | | | $8,759,603.93 |
| 6 | ONEX CAPITAL SOLUTIONS HOLDINGS, LP  930 SYLVAN AVENUE, SUITE 105  ENGLEWOOD CLIFFS, NJ 07632 | CONTACT: ANDREA DALY  PHONE: 201-541-2121  LEGAL@ONEX.COM | DEBT CLAIM | | | | $5,474,752.46 |

| Debtor: | Boxed, Inc. | | Case Number (if known): | | | | |
|---|---|---|---|---|---|---|---|
| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim **If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.** | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | SILICON VALLEY BANK<br>ATTN: SVB CARD SERVICES<br>3003 TASMAN DRIVE<br>SANTA CLARA, CA 95054 | CONTACT: JESSE BARDO<br>PHONE: 408-654-7400<br>JBARDO@SVB.COM | TRADE CLAIM | | | | $5,016,199.00 |
| 8 | BREX, INC.<br>50 W. BROADWAY, STE. 333, 15548,<br>SALT LAKE CITY, UT 84101 | CONTACT: HENRIQUE DUBUGRAS<br>PHONE: 650-250-6428<br>HENRIQUE@BREX.COM | TRADE CLAIM | | | | $4,992,987.04 |
| 9 | ANTARA CAPITAL TOTAL RETURN SPAC MASTER FUND LP<br>500 FIFTH AVENUE<br>NEW YORK, NY 10110 | CONTACT: HIMANSHU GULATI<br>PHONE: 646-762-8580<br>HGULATI@ANTARACAPITAL.COM | DEBT CLAIM | | | | $3,284,851.47 |
| 10 | AMERICAN EXPRESS<br>AMERICAN EXPRESS COMPANY, CORPORATE SERVICES OPERATIONS AESC-P<br>20022 NORTH 31ST AVE, MAIL CODE AZ-08-03-11<br>PHOENIX, AZ 85027<br><br>AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.<br>200 VESEY STREET<br>NEW YORK, NY 10285<br>ATTN: GENERAL COUNSEL'S OFFICE | CONTACT: MANOJ ADLAKHA<br>PHONE: 212-640-2000<br>ADLAKHA.MANOJ@AEXP.COM | TRADE CLAIM | | | | $2,058,683.32 |
| 11 | LATHAM & WATKINS LLP<br>555 WEST 5TH STREET<br>SUITE 300<br>LOS ANGELES, CA 90013 | CONTACT: AUSTIN OZAWA<br>PHONE: 212-906-4515<br>AUSTIN.OZAWA@LW.COM; ;<br>CASHRECE@LW.COM | TRADE CLAIM | | | | $1,790,025.84 |
| 12 | KELLOGGS<br>KELLOGG SALES COMPANY<br>25714 NETWORK PLACE<br>CHICAGO, IL 60673-1257 | CONTACT: RODOLFO CHARCO BERDEJA<br>CUSTOMER.FINANCIALSERVICES@KELLOGG.COM; PV-BUYERS@BOXED.COM;BOXEDDOCUMENTS@KELLOGG.COM;<br>RODOLFO.CHARCOBERDEJA@KELLOGG.COM | TRADE CLAIM | | | | $1,762,237.30 |
| 13 | SPACE SUMMIT CAPITAL LLC<br>15455 ALBRIGHT ST.<br>PACIFIC PALISADES, CA 90272 | CONTACT: COUNSEL<br>PHONE: 310-699-0444 | DEBT CLAIM | | | | $1,313,940.59 |
| 14 | GARFIELD V. BOXED, INC.<br>DELAWARE CHANCERY COURT, C.A. NO. 2022-0132-MTZ<br>C/O SMITH KATZENSTEIN & JENKINS LLP<br>1000 N. WEST STREET, SUITE 1501<br>WILMINGTON, DE 19801 | CONTACT: DAVID JENKINS<br>PHONE: 302-652-8400<br>DJENKINS@SKJLAW.COM;<br>NBELGAM@SKJLAW.COM;<br>SPURCELL@PJLFIRM.COM;<br>RL@PJLFIRM.COM | LITIGATION CLAIM | | | | $850,000.00 |
| 15 | FEDEX<br>942 SOUTH SHADY GROVE ROAD<br>MEMPHIS, TN 38120 | CONTACT: ANGIE MARTIN<br>PHONE: 901-818-7500<br>ANGIE.MARTIN@FEDEX.COM | TRADE CLAIM | | | | $788,586.36 |

| Debtor: | Boxed, Inc. | | | Case Number (if known): | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 16 | PALANTIR TECHNOLOGIES<br>1555 BLAKE STREET<br>SUITE 250<br>DENVER, CO 80202 | CONTACT: RYAN TAYLOR<br>ACCOUNTSRECEIVABLE@PALANTIR.COM | TRADE CLAIM | | | | $671,686.45 |
| 17 | MCKINSEY & COMPANY, INC.<br>140 FOUNTAIN PARKWAY NORTH<br>SUITE 800<br>SAINT PETERSBURG, FL 33716 | CONTACT: PIERRE M. GENTIN<br>PHONE: 727-540-6408<br>US_AR@MCKINSEY.COM | TRADE CLAIM | | | | $555,032.00 |
| 18 | PROCTER & GAMBLE<br>1 PROCTER & GAMBLE PLAZA<br>CINCINNATI, OH 45202 | CONTACT: COUNSEL<br>ACUNA.SV@PG.COM;<br>DELGADO.D.1@PG.COM | TRADE CLAIM | | | | $432,955.50 |
| 19 | IHEARTMEDIA<br>5080 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | CONTACT: JORDAN FASBENDER<br>PHONE: 210-832-3312<br>CORPORATECASHMANAGEMENT@CLEARCHANNEL.COM | TRADE CLAIM | | | | $399,974.05 |
| 20 | PEPSICO<br>FRITO-LAY INC<br>75 REMITTANCE DRIVE<br>SUITE 1074<br>CHICAGO, IL 60675 | CONTACT: DEANNA TYLER<br>DEANNA.TYLER@PEPSICO.COM | TRADE CLAIM | | | | $393,645.64 |

**Fill in this information to identify the case and this filing:**

Debtor Name __Boxed, LLC_____

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration __Combined Statement of Corp. Ownership and List of Equity Security Holders__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/02/2023__         x _/s/ Chieh Huang_____
MM / DD / YYYY                           Signature of individual signing on behalf of debtor

                                          __Chieh Huang_____
                                          Printed name
                                          __President_____
                                          Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**